UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRELL EDWARD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL MASIELLO, et al.,<br><br>    Defendants. | No. 3:19-CV-5954-JLR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Motion for Summary Judgment of defendants Schaap, Masiello, Humphrey, Mohr and Lewis County (the "Lewis County Defendants") (Dkt. 51) is granted, and Plaintiff's claims against the Lewis County Defendants are dismissed with prejudice.

(3) Plaintiff's claims against defendant Pierce County are dismissed without prejudice for failure to state a claim upon which relief may be granted.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

DATED this 20th day of Sept., 2021.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1